2001, Inc. v Shaffer Bldg. Servs., Inc. (2025 NY Slip Op 04336)

2001, Inc. v Shaffer Bldg. Servs., Inc.

2025 NY Slip Op 04336

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, DELCONTE, AND HANNAH, JJ.

437 CA 24-01103

[*1]2001, INC., PLAINTIFF-RESPONDENT,
v
SHAFFER BUILDING SERVICES, INC., DEFENDANT-APPELLANT, AND TDJ PROPERTIES, LLC, DEFENDANT. (APPEAL NO. 3.) 

LONGSTREET & BERRY, LLP, FAYETTEVILLE (MICHAEL J. LONGSTREET OF COUNSEL), FOR DEFENDANT-APPELLANT.
ZISHOLTZ & ZISHOLTZ, LLP, GARDEN CITY (STUART SHALOM ZISHOLTZ OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from a judgment of the Supreme Court, Oswego County (Gregory R. Gilbert, J.), entered July 1, 2024. The judgment awarded plaintiff money damages against defendant Shaffer Building Services, Inc. 
It is hereby ORDERED that the judgment so appealed from is unanimously modified on the law by denying the motion of defendant TDJ Properties, LLC, in part and reinstating the second cross-claim of defendant Shaffer Building Services, Inc. against defendant TDJ Properties, LLC, and as modified the judgment is affirmed without costs and the matter is remitted to Supreme Court, Oswego County, for further proceedings in accordance with the same memorandum as in 2001, Inc. v Shaffer Bldg. Servs., Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court